

235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of Professional Process Servers

Allan Torres

-VS-

Vega Auto Detailing, et al

COURT UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CASE NUMBER 1:25-cv-01957

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

B&R Control # CS217244.01
Reference Number

James Finley, was at the time of service a competent adult, over 18 years of age, not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

On 4/1/2025 we received the **Summons in a Civil Case, Complaint** and that service was effected upon **Jonathan Vega** at **58 DOGWOOD LANE, HAMMONTON, NJ 08037** on **4/7/2025** at **1:04 PM**, in the manner described below:

**By personal service upon:** JONATHAN VEGA at his/her usual place of abode.

**Description:**
Gender: **MALE**   Race/Skin: **HISPANIC**   Age: **30 - 40 Yrs.**   Weight: **161-200 Lbs.**   Height: **5ft9in - 6ft0in**
Hair: **BLACK**   Glasses: **No**   Other:

Service Notes:

Process Server/Sheriff
ATTEMPTS:

Sworn to and subscribed before me this
10 day of April 2025
Kristen Donato
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Kristen Donato, Notary Public
Philadelphia County
My Commission Expires November 10, 2026
Commission Number 1426880

Commonwealth of Pennsy... Seal
Kristen Donato, N...
Philadelphia C...
My Commission Expires N... 10, 2026
Commission Num...

Client   Phone (215) 790-1682   :   Filed Date: 03/20/2025   BR Serve By: 04/16/2025

Karen Hoffmann, Esquire
Stanley J. Ellenberg, Esquire
1500 JFK Blvd.,
Suite 1825
Philadelphia, PA 19102



ORIGINAL