# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLAN TORRES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VEGA AUTO DETAILING, LLC<br><br>　　and<br><br>JONATHAN VEGA,<br><br>　　　　Defendants. | Civil Action<br><br>No. 1:25-cv-01957-KMW-SAK<br><br>**APPLICATION TO CLERK FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND (L.CIV.R. 6.1(b))**<br><br>(*Filed Electronically*) |

　　Application is hereby made for a Clerk's Order extending time within which Defendants Vega Auto Detailing, LLC and Jonathan Vega (collectively "Defendants"), may answer, move, or otherwise respond to the Complaint filed by Plaintiff herein and it is represented that:

　　1.　　No previous extension has been obtained by this Court;

　　2.　　The Complaint was filed in this Court on March 18, 2025;

　　3.　　Service of process of the Complaint was effectuated on Defendants on April 4, 2025 and April 7, 2025, respectively;

　　4.　　The Time to Answer, Move, or otherwise Respond currently expires on April 25, 2025 and April 28, 2025; and

170842162.1

5. Defendants are applying to align the response dates for Defendants and extend the deadline for a period of 14 days, through and including May 12, 2025.

Dated: April 24, 2025

*/s/ Eileen Oakes Muskett*
Eileen Oakes Muskett (020731994)
**FOX ROTHSCHILD**
Midtown Building, Suite 400
1301 Atlantic Avenue
Atlantic City, New Jersey 08401
(609) 348-4515
(610) 348-6834 (fax)
emuskett@foxrothschild.com
*Counsel for Defendants, Vega Auto Detailing, LLC and Jonathan Vega*

## ORDER

The above application is ORDERED GRANTED. Defendants, Vega Auto Detailing, LLC and Jonathan Vega's time to answer, move or otherwise reply to Plaintiff's Complaint is extended to May 12, 2025.

ORDER DATED: _____

**MELISSA E. RHOADS, CLERK**

By: _____
     Deputy Clerk

170842162.1

## **CERTIFICATE OF SERVICE**

I, Eileen Oakes Muskett, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon all counsel of record.

Dated:  April 24, 2025                                    /s/ *Eileen Oakes Muskett*
                                                                               Eileen Oakes Muskett
                                                                               FOX ROTHSCHILD LLP