# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLAN TORRES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VEGA AUTO DETAILING, LLC<br><br>　and<br><br>JONATHAN VEGA,<br><br>　　　　Defendants. | Civil Action<br><br>No. 1:25-cv-01957-KMW-SAK<br><br>**ENTRY OF APPEARANCE**<br><br>(*Filed Electronically*) |

TO THE CLERK OF THE COURT:

　　Please enter the appearance of Lauren Wright, Esquire of Fox Rothschild LLP, as attorneys for Defendant Vega Auto Detailing, LLC and Jonathan Vega, in connection with the above-captioned matter.

Dated:  April 24, 2025

　　　　　　　　　　　　　　　　　　*/s/ Lauren A. Wright*　　　　　　
　　　　　　　　　　　　　　　　　　Lauren A. Wright (305462020)
　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD**
　　　　　　　　　　　　　　　　　　Midtown Building, Suite 400
　　　　　　　　　　　　　　　　　　1301 Atlantic Avenue
　　　　　　　　　　　　　　　　　　Atlantic City, New Jersey  08401
　　　　　　　　　　　　　　　　　　(609) 348-4515
　　　　　　　　　　　　　　　　　　(610) 348-6834 (fax)
　　　　　　　　　　　　　　　　　　laurenwright@foxrothschild.com
　　　　　　　　　　　　　　　　　　*Counsel for Defendants, Vega Auto*
　　　　　　　　　　　　　　　　　　*Detailing, LLC and Jonathan Vega*

171121348.1

## **CERTIFICATE OF SERVICE**

I, Lauren A. Wright, hereby certify that on this date, I caused to be served the foregoing Entry of Appearance on all counsel of record via eCourts.

Dated: April 24, 2025

*/s/ Lauren A. Wright*
Lauren A. Wright, Esq

171121348.1