# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLAN TORRES,<br><br>    Plaintiff,<br><br>v.<br><br>VEGA AUTO DETAILING, LLC<br><br>  and<br><br>JONATHAN VEGA,<br><br>    Defendants. | Civil Action<br><br>No. 1:25-cv-01957-KMW-SAK<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>(*Filed Electronically*) |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Vega Auto Detailing, LLC hereby discloses the following: Vega Auto Detailing, LLC states that it is a non-governmental corporate party and it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: May 12, 2025

                                          */s/ Eileen Oakes Muskett*
                                          Eileen Oakes Muskett (020731994)
                                          **FOX ROTHSCHILD**
                                          Midtown Building, Suite 400
                                          1301 Atlantic Avenue
                                          Atlantic City, New Jersey  08401
                                          (609) 348-4515
                                          (610) 348-6834 (fax)
                                          emuskett@foxrothschild.com
                                          *Counsel for Defendants, Vega Auto*
                                          *Detailing, LLC and Jonathan Vega*

171666789.1

## CERTIFICATE OF SERVICE

I, Eileen Oakes Muskett, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon all counsel of record.

Dated:  May 12, 2025                                          /s/ *Eileen Oakes Muskett*
                                                                                Eileen Oakes Muskett
                                                                                FOX ROTHSCHILD LLP

171666789.1