

1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ 08401-7212
Tel 609.348.4515  Fax 609.348.6834
www.foxrothschild.com

EILEEN OAKES MUSKETT
Direct No: 609.572.2355
Email: EMuskett@FoxRothschild.com

June 30, 2025

**VIA EMAIL**

Honorable Sharon A. King, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:    Allan Torres v. Vega Auto Detailing, LLC; Jonathan Vega**
       **Docket No. 1:25-cv-01957-KMW-SAK**

Dear Judge King:

　　Fox Rothschild is counsel for Defendants Vega Auto Detailing, LLC and Jonathan Vega with respect to this matter.

　　We write to advise the Court that this matter has settled in principal and that the parties are presently exchanging written settlement documents.

　　As such, the parties jointly request that the initial conference scheduled for July 3rd at 10 a.m. be adjourned. Once written settlement documents have been executed the parties will upload a stipulation of dismissal with the Court.

　　Thank you for your consideration of this submission.

Respectfully,

*Eileen Oakes Muskett*

Eileen Muskett

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota   Missouri   Nevada
New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington

173975753.1