

1301 Atlantic Avenue
Midtown Building, Suite 400
Atlantic City, NJ  08401-7212
Tel 609.348.4515  Fax 609.348.6834
www.foxrothschild.com

EILEEN OAKES MUSKETT
Direct No: 609.572.2355
Email: EMuskett@FoxRothschild.com

August 5, 2025

**VIA ECF**

Honorable Sharon A. King, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:    Allan Torres v. Vega Auto Detailing, LLC; Jonathan Vega**
      **<u>Docket No. 1:25-cv-01957-KMW-SAK</u>**

Dear Judge King:

Fox Rothschild is counsel for Defendants Vega Auto Detailing, LLC and Jonathan Vega with respect to this matter.

As the Court will recall, the parties had settled in principal and were in the process of exchanging written settlement documents. The Court at that time administratively terminated the matter.

Shortly after written settlement documents were exchanged, Plaintiff's counsel filed a Motion to Withdrawal as Counsel [Doc 21].

Thereafter, it is my understanding that Plaintiff Allan Torres and Defendant Jonathan Vega communicated directly regarding the settlement and executed the settlement agreement and enclosed stipulation of dismissal.

As such, Defendants contend that the motion to withdrawal as counsel is moot and that this matter should be dismissed with prejudice pursuant to the enclosed stipulation of dismissal.

Thank you for your consideration of this submission.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota    Missouri    Nevada
New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington
175278875.1



August 5, 2025
Page 2


Respectfully,

*Eileen Oakes Muskett*

Eileen Muskett

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLAN TORRES,<br><br>     Plaintiff,<br><br>v.<br><br>VEGA AUTO DETAILING, LLC<br><br>  and<br><br>JONATHAN VEGA,<br><br>     Defendants. | Civil Action<br><br>No. 1:25-cv-01957-KMW-SAK |

## STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS

The above matter having been amicably adjusted by and between Plaintiff Allan Torres

and Defendants Vega Auto Detailing, LLC and Jonathan Vega, the above-entitled action (as to all

parties) is dismissed with prejudice and without costs being assessed against any of the parties.


_____          _____
Allan Torres                               Jonathan Vega, individually and on behalf of
                                           Vega Auto Detailing, LLC

8/4/25                                     Dated: 8/4/25
Dated:


Elena  8/4/25

ESTHER HERNANDEZ
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2207957
MY COMMISSION EXPIRES JULY 14, 2028

17510907.1

## EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
## PARA EL DISTRITO DE NUEVA JERSEY

ALLAN TORRES,

      El demandante,

v.

VEGA AUTO DETAILING, LLC

  and

JONATHAN VEGA,

      Demandados.

Acción Civil

No. 1:25-cv-01957-KMW-SAK

### ESTIPULACIÓN DEL DESPIDO CON PERJUICIO
### Y SIN HONORARIOS NI COSTES

Habiendo sido arreglado amistosamente el asunto anterior entre el demandante Allan Torres y los demandados Vega Auto Detailing, LLC y Jonathan Vega, la acción mencionada anteriormente (en cuanto a todas las partes) se desestima con perjuicio y sin que se impongan costos a ninguna de las partes.

_____
Allan Torres

8/4/25
Fecha

_____
Jonathan Vega, individualmente y en nombre de Vega Auto Detailing, LLC

Fecha: 8/4/25

8/4/28

ESTHER HERNANDEZ
NOTARY PUBLIC
STATE OF NEW JERSEY
ID # 2207957
MY COMMISSION EXPIRES JULY 14, 2028

175177675.1